IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil Action No. 3:08CV431 |
| v. | : | |
| | | Judge Thomas M. Rose |
| 2006 YAMAHA YZF-R1 LE<br>VIN #JYARN15E36A002102 | : | |
| | : | |
| Defendant. | | |

**ORDER GRANTING EXTENSION OF TIME TO EXTEND
DISCOVERY CUTOFF AND STATUS CONFERENCE (Doc. #13)**

This matter is before the Court upon Plaintiff United States' Motion To Extend Discovery Cutoff and Status Conference filed on January 12, 2009 (Doc. #13);

Upon motion and for good cause shown, it is HEREBY ORDERED THAT:

The Discovery Cutoff is extended from February 4, 2010 to March 11, 2010 and the Status Conference is extended from February 9, 2010 at 9:00 a.m. to March 16, 2010 at 10:00 a.m.

SO ORDERED.

Date: January 12, 2010

**s/Thomas M. Rose**
_____
Judge Thomas M. Rose
United States District Court Judge