IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil Action No. 3:08CV431 |
| v. | : | |
| | | Judge Thomas M. Rose |
| 2006 YAMAHA YZF-R1 LE VIN #JYARN15E36A002102 | : | |
| | : | |
| Defendant. | | |

## ORDER DISMISSING COMPLAINT

This matter is before the Court upon Plaintiff United States' Motion To Dismiss the Complaint with Prejudice (Doc. 17), Claimant Butch Dixon's Response to Motion to Dismiss (Doc. 19) and United States' Reply to Claimant's Response to Motion to Dismiss (Doc. 20);

Upon the United States' motion and for good cause shown, it is HEREBY ORDERED that:

The Complaint is hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that:

Due to the incarceration of Claimant Butch Dixon and his specific request referenced in his Response (Doc. 19), the Defendant motorcycle, 2006 Yamaha YZF-R1 LE, VIN#JYARN15E36A002102, shall be released from the care and custody of the U.S. Marshal to Claimant's fiancé, CHRISTINA WATSON.

SO ORDERED.

Date: April 12, 2010

s/Thomas M. Rose
_____
Judge Thomas M. Rose
United States District Court Judge